```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
```

6  Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:09-CV-01259-AWI-GSA |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| v. | ) **SCHEDULING DATES AND ORDER** |
|  | ) **THEREON** |
| APPROXIMATELY $10,005.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| FRANCISCO AVILA, | ) |
| Claimant. | ) |

Claimant Francisco Avila and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting an extension of the dates set out in the Scheduling Order issued by the Court on December 17, 2009, due to the press of business and the parties' recent attempts to settle this case. Since the time of the initial scheduling conference, counsel has engaged in written discovery and settlement negotiations. The parties have not yet resolved this matter however, settlement appears hopeful. In the event that settlement is not reached, and the parties are required to move forward with discovery, the

parties are requesting additional time to take depositions, in addition to pressing business on other cases.

3. The following dates are agreed to by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| **Discovery Deadlines** | | |
| Non-Expert | July 9, 2010 | October 8, 2010 |
| Expert Disclosure | October 8, 2010 | January 7, 2011 |
| Supplemental Expert Disclosure | October 15, 2010 | January 14, 2011 |
| Expert Discovery | October 29, 2010 | January 31, 2011 |
| **Motion Deadlines** | | |
| Dispositive Motion Filing | November 12, 2010 | February 11, 2011 |
| Settlement Conference | October 13, 2010 | January 5, 2011 |
| Pre-Trial Conference | February 16, 2011 | May 11, 2011 |
| Trial | May 17, 2011 | August 9, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: July 8, 2010          /s/ Deanna L. Martinez
                            DEANNA L. MARTINEZ
                            Assistant United States Attorney


Date: July 7, 2010          /s/ Victor M. Perez
                            VICTOR M. PEREZ
                            Attorney for Claimant Francisco Avila
                            (Original signature retained by attorney)

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

Dated:   July 11, 2010                                       _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE