1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  United States Courthouse
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )  1:09-CV-01259-AWI-GSA
                                     )
12         Plaintiff,                )  **NOTICE OF SETTLEMENT**
                                     )
13      v.                           )
                                     )
14 APPROXIMATELY $10,005.00 IN U.S.  )
   CURRENCY,                         )
15                                   )
           Defendant.                )
16 _____)

17     NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture

18 action.  The parties anticipate that it could take 60 days to obtain a fully executed settlement

19 agreement as claimant has been deported to Mexico and thus respectfully request that this Court

20 issue an order extending the deadlines set forth in Local Rule 160 and allow the parties to file the

21 final dispositional documents on or before January 24, 2011.  All dates set forth in the December

22 17, 2009 Scheduling Order should be vacated.

23 Dated: November 24, 2010            BENJAMIN B. WAGNER
                                       United States Attorney
24

25
                                        /s/ Kelli L. Taylor
26                                     KELLI L. TAYLOR
                                       Assistant United States Attorney
27

28

NOTICE OF SETTLEMENT

**PROPOSED ORDER**

Based on the Notice of Settlement and Good Cause appearing, this court hereby vacates all dates set forth in its December 17, 2009 scheduling order and hereby orders that the final dispositional documents in this case be filed on or before January 24, 2011.

IT IS SO ORDERED.

Dated:    November 29, 2010                                   _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE