1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  United States Courthouse
   501 I Street, Suite 10-000
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff the United States of America

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:09-CV-01259-AWI-GSA
                                    )
12         Plaintiff,                )  **REQUEST FOR EXTENSION TO FILE**
                                    )  **DISPOSITIONAL DOCUMENTS AND**
13     v.                           )  **ORDER THEREON**
                                    )
14 APPROXIMATELY $10,005.00 IN U.S. )
   CURRENCY,                        )
15                                  )
           Defendant.                )
16 _____)

17     Plaintiff requests a 30-day extension to file the appropriate dispositional documents in this

18 case. Due to the recent deportation of claimant Francisco Avila to Mexico, claimant's counsel is

19 attempting to have a power of attorney executed to expedite signatures to the dispositional

20 documents. Accordingly, a 30-day extension to February 23, 2011, should be sufficient to conclude

21 this case.

22                                       Respectfully submitted,

23 Dated: January 31, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
24

25                                        /s/ Kelli L. Taylor
                                        KELLI L. TAYLOR
26                                      Assistant United States Attorney

27 ///

28 ///

REQUEST FOR EXTENSION TO FILE
DISPOSITIONAL DOCUMENTS AND ORDER
THEREON

ORDER

The deadline to file dispositional documents in this case is extended to February 23, 2011.

IT IS SO ORDERED.

Dated:  February 4, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

REQUEST FOR EXTENSION TO FILE
DISPOSITIONAL DOCUMENTS AND ORDER
THEREON

2