VICTOR M. PÉREZ, ESQ.  #114381
THE PÉREZ LAW FIRM
1304 W. Center Street
Visalia, CA  93291
Telephone:(559) 625-2626
Facsimile : (559) 625-3064

Attorney for Claimant, FRANCISCO AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>$10,005.00 U.S. CURRENCY,<br><br>            Seized Property.<br><br>FRANCISCO AVILA,<br><br>            Claimant. | Case No.  1:09-CV-01259-AWI-GSA<br><br>REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS AND ORDER THEREON |

    CLAIMANT, FRANCISCO AVILA, by and through his attorney of record, Victor M. Perez, requests a 30-day extension to file the appropriate dispositional documents in this case. All parties have reached an agreement, however, due to Claimant being out of the country, Claimant has been unable to execute the Stipulation for Final Judgment of Forfeiture. A Power of Attorney was executed by Claimant, but rejected by Plaintiffs as not being sufficient. As such, attempts continue in obtaining the appropriate signature from Claimant and/or revised power of attorney. An additional 30 day extension should be sufficient to conclude this matter.

Dated:                                                                            THE PEREZ LAW FIRM

                                                                                    /s/ Victor M. Perez
                                                                                   VICTOR M. PEREZ
                                                                                   Attorney for Claimant

1

ORDER

IN ACCORDANCE with Claimants request for an extension to file the dispositional documents, said request is GRANTED. The deadline to file the final settlement documents in this case is extended to March 25, 2011.

IT IS SO ORDERED.

Dated:   February 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE